James R. KIRBY; Charles Anderson; Walter Ayers; Gary D. Bailey; David Bell; Paul Blair; Charles J. Cornelius; Dale F. Crisp; William N. Crump; Gary D. Deal; Eric M. Frye; Joie Fulbright; David Goodson; Delane Greer; Tony Hewitt; Danny Holden, Deputy; Kenneth D. Hoyle; Louie Hull; Ricky Huss; Frank Isenhour; Sammy Kiser; John M. Lackey; Teddy M. Lane; Eddie W. Lawing; John D. Ledford; William A. Linberger; Thomas M. Little; Danny Mahaffey; Gary Matthews; Jerry F. Miller; Howard W. Moose; Harvey Morrison; Melvin R. Norton; Lewis A. Phillips; J.P. Powell; Gary Richardson; Dennis Robinson; Stephen V. Seale; Jacob Shuford; Randall Sipe; Leonard Staton; Daniel Styles; Selmer Taylor; Jerry W. Teague; Phillip J. Teaster; Thomas Thornburg; Carl M. Warren; Kerry G. White; William R. Whitmire; David A. Wilfong; Glenn R. Wilfong, Jr.; David A. Williams; Winston Yoder, on behalf of themselves and all others similarly situated, Plaintiffs–Appellants,

v.

GENERAL ELECTRIC COMPANY, Defendant–Appellee,

and

International Union of Electronic, Electrical, Salaried, Machine, and Furniture Workers (AFL–CIO), Defendant.

James R. Kirby; Charles Anderson; Walter Ayers; Gary D. Bailey; David Bell; Paul Blair; Charles J. Cornelius; Dale F. Crisp; William N. Crump; Gary D. Deal; Eric M. Frye; Joie Fulbright; David Goodson; Delane Greer;

Tony Hewitt; Danny Holden, Deputy; Kenneth D. Hoyle; Louie Hull; Ricky Huss; Frank Isenhour; Sammy Kiser; John M. Lackey; Teddy M. Lane; Eddie W. Lawing; John D. Ledford; William A. Linberger; Thomas M. Little; Danny Mahaffey; Gary Matthews; Jerry F. Miller; Howard W. Moose; Harvey Morrison; Melvin R. Norton; Lewis A. Phillips; J.P. Powell; Gary Richardson; Dennis Robinson; Stephen V. Seale; Jacob Shuford; Randall Sipe; Leonard Staton; Daniel Styles; Selmer Taylor; Jerry W. Teague; Phillip J. Teaster; Thomas Thornburg; Carl M. Warren; Kerry G. White; William R. Whitmire; David A. Wilfong; Glenn R. Wilfong, Jr.; David A. Williams; Winston Yoder, on behalf of themselves and all others similarly situated, Plaintiffs–Appellants,

v.

General Electric Company, Defendant–Appellee,

and

International Union of Electronic, Electrical, Salaried, Machine, and Furniture Workers (AFL–CIO), Defendant.

James R. Kirby; Charles Anderson; Walter Ayers; Gary D. Bailey; David Bell; Paul Blair; Charles J. Cornelius; Dale F. Crisp; William N. Crump; Gary D. Deal; Eric M. Frye; Joie Fulbright; David Goodson; Delane Greer; Tony Hewitt; Danny Holden, Deputy; Kenneth D. Hoyle; Louie Hull; Ricky Huss; Frank Isenhour; Sammy Kiser; John M. Lackey; Teddy M. Lane; Eddie W. Lawing; John D. Ledford; William A. Linberger; Thomas M. Little; Danny Mahaffey; Gary Matthews; Jerry F. Miller; Howard W. Moose;

Harvey Morrison; Melvin R. Norton; Lewis A. Phillips; J.P. Powell; Gary Richardson; Dennis Robinson; Stephen V. Seale; Jacob Shuford; Randall Sipe; Leonard Staton; Daniel Styles; Selmer Taylor; Jerry W. Teague; Phillip J. Teaster; Thomas Thornburg; Carl M. Warren; Kerry G. White; William R. Whitmire; David A. Wilfong; Glenn R. Wilfong, Jr.; David A. Williams; Winston Yoder, on behalf of themselves and all others similarly situated, Plaintiffs–Appellants,

v.

General Electric Company, Defendant–Appellee,

and

International Union of Electronic, Electrical, Salaried, Machine, and Furniture Workers (AFL–CIO), Defendant.

James R. Kirby; Charles Anderson; Walter Ayers; Gary D. Bailey; David Bell; Paul Blair; Charles J. Cornelius; Dale F. Crisp; William N. Crump; Gary D. Deal; Eric M. Frye; Joie Fulbright; David Goodson; Delane Greer; Tony Hewitt; Danny Holden, Deputy; Kenneth D. Hoyle; Louie Hull; Ricky Huss; Frank Isenhour; Sammy Kiser; John M. Lackey; Teddy M. Lane; Eddie W. Lawing; John D. Ledford; William A. Linberger; Thomas M. Little; Danny Mahaffey; Gary Matthews; Jerry F. Miller; Howard W. Moose; Harvey Morrison; Melvin R. Norton; Lewis A. Phillips; J.P. Powell; Gary Richardson; Dennis Robinson; Stephen V. Seale; Jacob Shuford; Randall Sipe; Leonard Staton; Daniel Styles; Selmer Taylor; Jerry W. Teague; Phillip J. Teaster; Thomas

Thornburg; Carl M. Warren; Kerry G. White; William R. Whitmire; David A. Wilfong; Glenn R. Wilfong, Jr.; David A. Williams; Winston Yoder, on behalf of themselves and all others similarly situated, Plaintiffs–Appellants,

v.

General Electric Company, Defendant–Appellee,

and

International Union of Electronic, Electrical, Salaried, Machine, and Furniture Workers (AFL–CIO), Defendant.

James R. Kirby; Charles Anderson; Walter Ayers; Gary D. Bailey; David Bell; Paul Blair; Charles J. Cornelius; Dale F. Crisp; William N. Crump; Gary D. Deal; Eric M. Frye; Joie Fulbright; David Goodson; Delane Greer; Tony Hewitt; Danny Holden, Deputy; Kenneth D. Hoyle; Louie Hull; Ricky Huss; Frank Isenhour; Sammy Kiser; John M. Lackey; Teddy M. Lane; Eddie W. Lawing; John D. Ledford; William A. Linberger; Thomas M. Little; Danny Mahaffey; Gary Matthews; Jerry F. Miller; Howard W. Moose; Harvey Morrison; Melvin R. Norton; Lewis A. Phillips; J.P. Powell; Gary Richardson; Dennis Robinson; Stephen V. Seale; Jacob Shuford; Randall Sipe; Leonard Staton; Daniel Styles; Selmer Taylor; Jerry W. Teague; Phillip J. Teaster; Thomas Thornburg; Carl M. Warren; Kerry G. White; William R. Whitmire; David A. Wilfong; Glenn R. Wilfong, Jr.; David A. Williams; Winston Yoder, on behalf of themselves and all others similarly situated, Plaintiffs–Appellants,

v.

**General Electric Company,
Defendant–Appellee,**

and

**International Union of Electronic, Electrical, Salaried, Machine, and Furniture Workers (AFL–CIO), Defendant.**

Nos. 00–1298, 01–1018, 01–1019, 01–1239, 01–1334.

United States Court of Appeals,
Fourth Circuit.

Submitted July 10, 2001.

Decided Oct. 9, 2001.

Phyllis A. Palmieri, Palmieri & Associates, Morganton, NC, for Appellants. Michael L. Banks, Richard G. Rosenblatt, Thomas Benjamin Huggett, Morgan, Lewis & Bockius, L.L.P., Philadelphia, PA, for Appellee.

Before WILKINS and MICHAEL, Circuit Judges, and IRENE M. KEELEY, Chief United States District Judge for the Northern District of West Virginia, sitting by designation.

PER CURIAM:

In these consolidated appeals, the Appellants appeal a district court judgment adopting a magistrate judge's memorandum and recommendation and dismissing their complaint. The Appellants further appeal the district court's order denying a motion filed under Rule 60(b) of the Federal Rules of Appellate Procedure and other orders concerning sanctions. We have reviewed the record and the district court orders and affirm on the reasoning of the district court. *See Kirby v. General Elec.*

*Co.,* No. CA–98–70–5–V (W.D.N.C. Feb. 9, 2000; Dec. 9, 2000; Feb. 7, 2001; Feb. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*AFFIRMED.*